UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHRISTOPHER LOADHOLT, *on behalf of himself and all others similarly situated*,

                Plaintiff,

        -against-

DUNGAREES, INC.,

                Defendant.
---------------------------------------------------------------X

**ORDER**

**22-CV-4699 (VEC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This matter has been referred for settlement.  Dkt. No. 29.  Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by **January 20, 2023** at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in March 2023.  Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.  Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

       Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

       SO ORDERED.

DATED:   New York, New York
                January 11, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge