**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRISTOPHER LOADHOLT, on behalf of
himself and all others similarly situated,

                    Plaintiff,

     -against-                                 22 **CIVIL** 4699 (VEC)

                                                  **<u>JUDGMENT</u>**

DUNGAREES, INC.,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 15, 2023, Defendant's motion to dismiss is GRANTED, and Plaintiff's FAC is DISMISSED without prejudice for failure to allege Article III standing; accordingly, the case is closed.

**Dated:**  New York, New York

          February 16, 2023

                                                    **RUBY J. KRAJICK**

                                                      _____
                                                        **Clerk of Court**

                          **BY:**          *K. Mango*

                                                        _____
                                                       **Deputy Clerk**